# UNITED STATES BANKRUPTCY COURT
## Central District of California - Santa Ana
### 411 West Fourth St., Ste. # 2074, Santa Ana, CA 92701-4593

| In re:<br>Robert Lawrence Odishoo<br>Janelle Marie Odishoo<br><br>Debtor(s) | Case No.: 8:09-14899-ES<br><br>ORDER VACATING ORDER CLOSING ESTATE AND REOPENING CASE |
|---|---|

IT APPEARING that an Order Closing Case was inadvertently entered on <u>December 7, 2009</u> in the above-entitled proceeding.

It further appearing that the case has not been fully administered, IT IS ORDERED that the said Order be and the same is hereby vacated and set aside.

IT IS FURTHER ORDERED that the above-entitled bankruptcy case be reopened without payment of filing fee for the purpose of completing the administration of the bankruptcy case.

DATED: 3/4/10

Erithe A. Smith,
BANKRUPTCY JUDGE